IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EMANUEL J LAMBOY VICENTE

XXX-XX-3091

Debtor(s)

CASE NO. 03-06865 ESL
Chapter 13

FILED & ENTERED ON 04/25/2005

## ORDER DISCHARGING TRUSTEE
## AND CLOSING ESTATE

The instant case has been dismissed. The duly appointed chapter 13 trustee in the above mentioned case, has rendered a full and complete account of his administration of the estate. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that the bond of trustee be cancelled and the surety thereon released from further liability thereunder, and that the estate be and is hereby closed.

SO ORDERED.

San Juan, Puerto Rico, this 25 day of April, 2005.

ENRIQUE S. LAMOUTTE INCLAN
U.S. Bankruptcy Judge

CC:    Trustee